Patricia A. O'Connor (PO-5645)
BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendant
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAROL DEOPSOMER and JON DEOPSOMER                    Civil Action No.: 08CV03817

                             Plaintiffs,

               -against-                                    STIPULATION TO
                                                    REMAND TO STATE
                                                      COURT

AGAWANI INTERNATIONAL, INC. and OFF SOHO
SUITES HOTEL,

                             Defendants.
------------------------------------------------------------X

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:

      IT IS HEREBY STIPULATED, by and between the undersigned, that this above referenced matter be remanded to the Supreme Court of the State of New York, County of New York under the following caption:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X
CAROL DEOPSOMER and JON DEOPSOMER,

                             Plaintiffs,

             -against-                                    Index No.: 104597/08

AGAWANI INTERNATIONAL, INC. and OFF SOHO
SUITES HOTEL,

From:                                              04/28/2008 13:35    #907 P.002/002

                                        Defendants.
-----------------------------------------------------------------X

Dated: April 28, 2008

BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendant,
AGAWANI INTERNATIONAL, INC.
d/b/a OFF SOHO SUITES HOTEL

By:    _____
       PATRICIA A. O'CONNOR (PO-5645)
       7 Bayview Avenue
       Northport, New York 11768
       (631) 261-7778


ASHER & ASSOCIATES, P.C.
Attorneys for Plaintiffs

By:    _____
       RYAN ASHER (RA 8351)
       11 John Street - Suite 1200
       New York, New York 10038
       (212) 227-5000