04/28/2008 13:35   #807 P.001/002

From:

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #: _____**
**DATE FILED: 5/1/08**

Patricia A. O'Connor (PO-5645)
BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendant
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
CAROL DEOPSOMER and JON DEOPSOMER

                Plaintiffs,

    -against-

AGAWANI INTERNATIONAL, INC. and OFF SOHO
SUITES HOTEL,

                Defendants.
------------------------------------------------------X

Civil Action No.: 08CV03817 (CM)

STIPULATION TO REMAND TO STATE COURT

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:

    IT IS HEREBY STIPULATED, by and between the undersigned, that this above referenced matter be remanded to the Supreme Court of the State of New York, County of New York under the following caption:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------X
CAROL DEOPSOMER and JON DEOPSOMER,

                Plaintiffs,

    -against-

AGAWANI INTERNATIONAL, INC. and OFF SOHO
SUITES HOTEL,

Index No.: 104597/08

-1-

From:                                                           04/28/2008 13:35   #307 P.002/002

|                                    Defendants. |
|-------------------------------------------------|
|                                                 X|

Dated: April 28, 2008

BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendant,
AGAWANI INTERNATIONAL, INC.
d/b/a OFF SOHO SUITES HOTEL

By: *[signature]*
PATRICIA A. O'CONNOR (PO-5645)
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778

ASHER & ASSOCIATES, P.C.
Attorneys for Plaintiffs

By: *[signature]*
RYAN ASHER (RA 8351)
11 John Street - Suite 1200
New York, New York 10038
(212) 227-5000

*[signature]*
5-1-08

-2-